# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID M. MOSLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-8201** |
| **ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that the plaintiff's objections (Rec. Doc. 18) lack merit for the reasons set forth in the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying David Mosley's claim for Disability Insurance Benefits and Title II Disability Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 23rd day of October, 2019

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE